## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-36055 |
| LATISHA LYNETTE JUDE | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/11/2016.

2) The plan was confirmed on 02/15/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/17/2018, 07/26/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/09/2019.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|   |   |   |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,600.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$14,600.00** |

## Expenses of Administration:

|   |   |   |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $672.55 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,672.55** |

Attorney fees paid and disclosed by debtor:       $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Family Dental | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| 1st Family Dental | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES & LEASE OWNERSH | Secured | 450.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 23,645.00 | 23,645.22 | 23,645.22 | 201.75 | 0.00 |
| AMERICOLLECT INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ASCENSION SERVICES | Unsecured | 598.00 | 597.50 | 597.50 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,208.00 | 510.51 | 510.51 | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 108.15 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 125.08 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 245.43 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 152.97 | NA | NA | 0.00 | 0.00 |
| CHURCHILL DOWNS | Unsecured | 94.25 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 517.23 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 717.17 | 2,001.17 | 2,001.17 | 17.07 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 546.00 | 546.84 | 546.84 | 0.00 | 0.00 |
| DRAPER & KRAMER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/ldapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EDFL SVCS/Idapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFL SVCS/Idapp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Secured | 14,000.00 | 14,000.00 | 14,000.00 | 5,605.88 | 856.70 |
| GM FINANCIAL | Secured | NA | 750.00 | 750.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | NA | 750.00 | 750.00 | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 7,567.00 | 7,575.64 | 7,575.64 | 64.64 | 0.00 |
| GOVERNORS STATE UNIVERSITY | Unsecured | 2,790.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| IQ DATA INTERNATIONAL INC | Unsecured | 8,624.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JCITRON LAW | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPONE | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY OF CHICAGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 1,315.43 | 1,315.43 | 0.00 | 0.00 |
| MACYS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MCGARTHY BURGESS & WOLFF | Unsecured | 1,934.34 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 845.94 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 467.72 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 80.77 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 1,374.52 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 433.33 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 892.03 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 1,349.52 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 640.73 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | 1,045.43 | 1,045.43 | 0.00 | 0.00 |
| PERSONAL FINANCE | Secured | 5,483.00 | 5,483.00 | 5,482.84 | 2,195.58 | 335.50 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 1,208.69 | 1,208.69 | 0.00 | 0.00 |
| PRESTON HIGGINS | Unsecured | 606.00 | 607.00 | 607.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 900.00 | 900.83 | 900.83 | 0.00 | 0.00 |
| SOUTHERN IL UNIV CARBONDALE | Unsecured | 3,833.03 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 4,156.08 | NA | NA | 0.00 | 0.00 |
| UPA LLC | Unsecured | 2,042.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 47,078.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 29,047.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 47,078.00 | 76,223.00 | 2,028.04 | 650.33 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,482.84 | $7,801.46 | $1,192.20 |
| All Other Secured | $750.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,232.84** | **$7,801.46** | **$1,192.20** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$42,732.30** | **$933.79** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,672.55 |
| Disbursements to Creditors | $9,927.45 |
| | |
| **TOTAL DISBURSEMENTS** : | **$14,600.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2019                    By: /s/ Tom Vaughn
                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**